# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | CV F   05 699 AWI LJO PC |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR ORDER OF SERVICE OF COMPLAINT (Doc. 8.) |
| SAUNDERS, et. al., | |
| Defendants. | |

Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 1, 2005. On September 8, 2005, Plaintiff submitted a Motion for Order of Service of Complaint on Defendants.  An Amended Complaint was filed on September 12, 2005.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  By screening the case, the Court will determine whether it must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

1 | In this case, the screening function has not yet been performed by the Court. The Court will not issue an order for service of the Complaint until such time as a determination that the Complaint states cognizable claims is made. Plaintiff should note that the Court has pending before it hundreds of similar cases. The Court generally proceeds with the cases in the order that they were filed. Thus, there may be some delay in the progression of the case. Plaintiff is urged to be patient and to keep the Court informed if his address should it change.

Accordingly, the Court HEREBY ORDERS:

1    The Motion for Order of Service of the Complaint is DENIED.

IT IS SO ORDERED.

**Dated:    September 28, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                             UNITED STATES MAGISTRATE JUDGE