# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>        Plaintiff,<br><br>   v.<br><br>SAUNDERS, et. al.,<br><br>        Defendants.<br>_____/ | CV F   05 699 AWI LJO PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (Doc. 13.) |

   Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On December 23, 2005, the Court issued Findings and Recommendations that the Motion for Temporary Restraining Order be denied. Plaintiff moved for an extension of time to file Objections on January 17, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

   Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to file his Objections to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   January 24, 2006**              **/s/ Lawrence J. O'Neill**
b6edp0                                         UNITED STATES MAGISTRATE JUDGE

1