UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY SAUNDERS, et al.,<br><br>    Defendants. | 1:05-CV-0699 AWI LJO P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #15) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2006, plaintiff filed a motion to extend time to file objections to the findings and recommendation. Plaintiff states that he needs more time to formulate Objections because he has had limited access to the law library and has not had his legal materials. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his objections. No further extensions will be granted but upon a showing of extremely good cause.

IT IS SO ORDERED.

**Dated:   March 2, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                      UNITED STATES MAGISTRATE JUDGE