UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:05-cv-00699-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** (Doc. 11) |
| SAUNDERS, et al., | |
| Defendants. / | |

Plaintiff, Jason Saunders ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 23, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On January 17, 2006, and February 27, 2006, respectively, plaintiff filed a motion to extend time. On January 25, 2006, and March 3, 3006, respectively, the court granted plaintiff an

1

1  additional thirty (30) days within which to respond.  To date,
2  plaintiff has not filed objections to the Magistrate Judge's
3  Findings and Recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  <u>de novo</u> review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendations to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendations, filed December 23,
11 2005, are ADOPTED IN FULL; and,
12     2.   Plaintiff's motion for temporary restraining order,
13 filed December 20, 2005, is DENIED.

15 IT IS SO ORDERED.
16 **Dated:   May 29, 2006**              /s/ Anthony W. Ishii
   0m8i78                         UNITED STATES DISTRICT JUDGE

2