1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | CV F   05 699 AWI LJO PC |
|         Plaintiff, | |
|   v. | ORDER DENYING MOTION FOR ORDER OF SERVICE OF COMPLAINT (Doc. 20.) |
| SAUNDERS, et. al., | |
|         Defendants. | |

_____/

12

13

14

15

16

17

18        Jason Saunders ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

19    this civil rights action filed pursuant to 42 U.S.C. § 1983.

20        Plaintiff filed the instant action on June 1, 2005. On September 8, 2005, Plaintiff

21    submitted a Motion for Order of Service of Complaint on Defendants.   An Amended Complaint

22    was then filed on September 12, 2005.  Plaintiff's Motion for Order of Service was denied by the

23    Court on September 29, 2005, and informed Plaintiff that the Court had yet to screen his case to

24    determine whether it stated a cognizable claim for relief.  In the interim, Plaintiff filed a Motion

25    for Temporary Restraining Order which was denied by the Court on May 31, 2006.

26        On June 13, 2006, Plaintiff filed a second Motion for Order of Service of the Complaint.

27    The Court denied this case as well, again, informing Plaintiff that his was not the only case

28    before the Court and that his case would be reviewed in turn.

1   On September 14, 2006, Plaintiff filed a Third Motion for Order of Service of the

2   Complaint.  The Court will again deny this Motion.  As noted above, Plaintiff has been informed

3   repeatedly that his is not the only case before the Court and that the Court has literally, hundreds

4   of similar cases filed prior to Plaintiffs and also awaiting review by the Court.  Plaintiff's

5   repeated filing of the same Motions borders on an abuse of the process which may result in the

6   assessment of sanctions.  Again, Plaintiff's repeated filing of Motions does not move his case

7   along any faster.  Instead it diverts the Court's attention from screening those hundreds of cases

8   to resolving the unnecessary and abusive motion and serves only to further delay the resolution of

9   his case.

10   Accordingly, the Court HEREBY ORDERS:

11   1   The THIRD Motion for Order of Service of the Complaint is DENIED.

12   IT IS SO ORDERED.

13   **Dated:   September 18, 2006**          /s/ Lawrence J. O'Neill
     b9ed48                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28