IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, | 1:05-cv-00699-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| JERRY SAUNDERS, et al., | (DOCUMENT #33) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 10, 2007, plaintiff filed a motion to extend time to file Objections to the Magistrate's Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to the Magistrate's Findings and Recommendations of November 7, 2007.

IT IS SO ORDERED.

Dated:   **January 11, 2008**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE