1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JASON SAUNDERS,                        1:05-cv-0699 AWI GSA  (PC)

12            Plaintiff,                     ORDER GRANTING MOTION
                                            TO EXTEND TIME TO FILE
13       vs.                                OBJECTIONS TO FINDINGS AND
                                            RECOMMENDATIONS
14   JERRY SAUNDERS, et al.,
                                            (DOCUMENT #35)
15            Defendants.
                                            THIRTY DAY DEADLINE
16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On February 25, 2008,  plaintiff filed a motion to extend time to file Objections to the

19   Magistrate's Findings and Recommendations.  Good cause having been presented to the court

20   and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   Objections to the Magistrate's Findings and Recommendations of November 7, 2007.

23        IT IS SO ORDERED.

24   Dated:   **March 13, 2008**            _____ **/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28