1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JASON SAUNDERS,                              1:05-cv-00699-AWI-GSA-PC

12          Plaintiff,                           ORDER ADOPTING FINDINGS &
                                                 RECOMMENDATIONS
13      vs.                                      (Doc. 31)

14  SAUNDERS, et al.,                            ORDER DENYING PLAINTIFF'S REQUESTS
                                                 FOR AN ORDER TO SHOW CAUSE AND FOR
15          Defendants.                          JUDICIAL NOTICE
                                                 (Doc. 29)
16  _____/

17          Jason Saunders ("plaintiff") is a state prisoner proceeding pro se in this civil rights

18  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20          On November 7, 2007, findings and recommendations were entered, recommending

21  that plaintiff's request for an order to show cause and for judicial notice be denied. (Doc. 31.)

22  Plaintiff was provided an opportunity to file objections to the findings and recommendations within

23  thirty days.  On December 10, 2007,  and again on February 25, 2008, plaintiff filed motions for an

24  extension of time to file objections, and the court granted the motions on January 14, 2008 and

25  March 13, 2008, respectively, each time granting plaintiff thirty more days to file objections.  The

26  latest thirty day time period has expired, and to date plaintiff has not filed objections or otherwise

27  responded to the findings and recommendations.

28

1

1         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

2   305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

3   file, the court finds the findings and recommendations to be supported by the record and proper

4   analysis.

5         Accordingly, THE COURT HEREBY ORDERS that:

6         1.  The Findings and Recommendations issued by the Magistrate Judge on November

7   7, 2007, are adopted in full; and

8         2.  Plaintiff's requests for an order to show cause and for judicial notice are DENIED.

9   IT IS SO ORDERED.

10  **Dated:   April 22, 2008**            **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                      2