IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jason Saunders, | ) | No. CV 1-05-0699-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jerry Saunders, et al., | ) | |
| Defendants. | ) | |

The Court dismissed Plaintiff's case, because he missed a mandatory deadline for filing an amended complaint. (Doc. 42). Plaintiff filed Motions for Reconsideration, arguing that he had timely filed a Motion for Extension of Time, which the Court never received. (Docs. 43 & 44). The Court denied relief, in part, because Plaintiff provided no proof as to when or how he mailed the Motion. (Doc. 46). Plaintiff has now provided proof of mailing with his Third Motion for Reconsideration. (Docs. 49 & 51). The Court will require a response. Accordingly,

**IT IS ORDERED** that Defendants shall file a response on or before **August 1, 2011**.

DATED this 1st day of July, 2011.

_____
Raner C. Collins
United States District Judge