IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jason Saunders, | ) | No. CV 1-05-0699-RCC |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Jerry Saunders, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff filed a Third Motion for Reconsideration, and the Court ordered Defendants to file a response on or before August 1, 2011.  (Docs. 49 & 52).  To date, Defendants have not filed a response.  Accordingly,

**IT IS ORDERED** that Defendants show cause why the Court should not impose sanctions for failure to follow a court order.  Defendants shall file their brief on or before **August 19, 2011**.  Defendants are warned that failure to comply with this Order will result in sanctions up to and including summary granting of the Motion for Reconsideration.

DATED this 4th day of August, 2011.


_____
Raner C. Collins
United States District Judge