IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders, ) | No. CV 1-05-0699-RCC |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jerry Saunders, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

In its Order dated February 14, 2012 the Court pre-screened Plaintiff's Third Amended Complaint. (Doc. 61). The Court found that Plaintiff stated a claim for relief in Count Five against Defendants Rodriguez, Martins, Davis, Fouch, Mayfield, Warren, Chapman, Tileton, Dubsky, Nunez, Moreno, Lozano, Lowder, Barba, Green, Gaspar, Gatten, Cunningham, Petsas, Franscois, and Smith related to denial of bedding, clothing, toiletries, and toilet paper. (Id.). The Court ordered Plaintiff to submit within 30 days the Notice of Submission of Documents along with the documentation necessary for completion of service by the United States Marshals Service. (Id.).

On March 2, 2012, Plaintiff filed objections to the Court's February 14 Order. (Doc. 62). The Court will take the document under advisement as a motion for reconsideration because it is improper to object to an order of the Court. The Court further notes that simply filing a motion for reconsideration does not relieve Plaintiff of his duty to comply with the Court's February 14 Order. Accordingly,

**IT IS ORDERED** Plaintiff's objections to the Court's February 14 Order (Doc. 62) are taken under advisement as a motion for reconsideration.

**IT IS FURTHER ORDERED** extending the time for Plaintiff to file the Notice of Submission of Documents as required by the Court's February 14 Order. Plaintiff shall submit the Notice of Submission of Documents on or before **March 30, 2012.** Plaintiff's deadline to submit the Notice of Submission of Documents is independent of the Court's ruling on his motion for reconsideration. If Plaintiff fails to timely submit the Notice of Submission of Documents, the Court will dismiss this action for failure to comply with a Court order pursuant to FED.R.CIV.P. 41(b) and failure to serve pursuant to FED.R.CIV.P. 4(m).

DATED this 12th day of March, 2012.

_____
Raner C. Collins
United States District Judge