|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Jason Saunders, | ) | No. CV 1-05-0699-RCC |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jerry Saunders, et al., | ) | |
| Defendants. | ) | |

The Court ruled on Plaintiff's Motion for Reconsideration of its order screening Plaintiff's Third Amended Complaint on April 6, 2012. (Doc. 66). Thereafter, Plaintiff sent to the Clerk of Court a three inch stack of exhibits to his earlier motion. The Clerk of Court filed the exhibit list attached to the stack of exhibits (Doc. 67) and sought direction from the Court as to whether to file the exhibits themselves. Because the Court already ruled on the motion, it will not require the Clerk of Court to file the exhibits.

In addition, the Court notes that the exhibits submitted to the Clerk of Court were folded, wrinkled, and otherwise not readily capable of scanning into the docket. Plaintiff is warned that, should the need for exhibits arise in the future, he is to submit clean and orderly copies to the Clerk of Court. Plaintiff is also reminded of his duty to send courtesy copies of large

1 | documents to the Court in addition to any copies submitted to the Clerk of Court. Accordingly,

2 | **IT IS ORDERED** the Clerk of Court shall not file the exhibits attached to the exhibit

3 | list filed as Document 67. The Clerk of Court shall return the exhibits to Plaintiff.

4 | DATED this 18th day of April, 2012.

_____
Raner C. Collins
United States District Judge