IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jason Saunders, | ) | No. CV 1-05-0699-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jerry Saunders, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Notice of Change of Address and of Non-Receipt of Court's April 6, 2012 Order. (Doc. 69). Good cause appearing,

**IT IS ORDERED** the Court will re-serve its April 6 Order on Plaintiff.

**IT IS FURTHER ORDERED** Plaintiff shall have until **May 14, 2012** to complete and submit the Notice of Submission of Documents as required by the April 6 Order.

Plaintiff is warned that any future Notice of Change of Address must not be included with any other motion for relief. Failure to comply with this rule may result in sanctions, up to and including dismissal of this action.

DATED this 27th day of April, 2012.

Raner C. Collins
United States District Judge