UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerry Saunders, et al.,<br><br>    Defendants. | No. CV 1-05-0699-RCC<br><br>DISCOVERY ORDER<br>SCHEDULING ORDER<br><br>**Unenumerated Rule 12(b) Motion Deadline -**  **October 15, 2012**<br>**Discovery Cut-Off Date -** **February 11, 2013**<br>**Dispositive Motion Deadline -** **April 12, 2013** |

    Defendants have answered the Third Amended Complaint. (Doc. 77). Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

    1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

    2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

    3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

    4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14)

1  days before such a deposition, defendants serve all parties with the notice required by Federal
2  Rule of Civil Procedure 30(b)(1); and
3         5. If disputes arise about the parties' obligations to respond to requests for
4  discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and
5  37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-
6  136, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District
7  Court, Eastern District of California.  Unless otherwise ordered, Local Rule 37-251 shall not
8  apply, and the requirement set forth in Federal Rules of Civil Procedure 26 and 37 that a
9  party seeking relief from the court certify that he or she has in good faith conferred or
10 attempted to confer with the other party or person in an effort to resolve the dispute prior to
11 seeking court action shall not apply.  Voluntary compliance with this provision of Rules 26
12 and 37 is encouraged, however.  A discovery motion that does not comply with all applicable
13 rules will be stricken and may result in imposition of sanctions.
14        Further:
15        6. The parties are advised that the deadline for filing motions to dismiss for failure
16 to exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule
17 of Civil Procedure 12(b) shall be **October 15, 2012**;
18        7. The parties are advised that the deadline for the completion of all discovery,
19 including filing motions to compel, shall be **February 11, 2013**;
20        8. The deadline for filing pre-trial dispositive motions shall be **April 12, 2013**;[1]
21 ///
22 ///
23 ///
24 ///

---

[1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust. Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in this order.

2

9. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

10. **Extensions of time will only be granted on a showing of good cause.**

DATED this 15th day of August, 2012.

_____
Raner C. Collins
United States District Judge