IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerry Saunders, et al.,<br><br>    Defendants. | No. CV 1-05-0699-RCC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Request for Court Order Directing LTA S. Killen and Supervising Librarian V. Rowell to Refrain from Continuing Retaliation (Doc. 59). In his motion, Plaintiff expressed concerns regarding his ability to access library resources and stated it was "questionable" whether he would be able to make the required copies of his Third Amended Complaint, once said complaint was completed. Plaintiff further stated that he wished the Court to issue an order ensuring Plaintiff's access to the law library and to prevent retaliation by the prison law librarian.

Plaintiff's motion was filed on October 24, 2011. Since that time, the Court is not aware of any additional motions or complaints filed by Plaintiff regarding his ability to access library resources. Plaintiff was able to file his Third Amended Complaint (Doc. 60) and make the required copies. At this point in time, the issues raised by Plaintiff in his motion appear to be resolved.

Accordingly,

1  **IT IS ORDERED** denying Plaintiff's Request for Court Order Directing LTA S. Killen
2  and Supervising Librarian V. Rowell to Refrain from Continuing Retaliation. (Doc. 59).
3  DATED this 20th day of September, 2012.

_____
Raner C. Collins
United States District Judge