IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerry Saunders, et al.,<br><br>    Defendants. | No. CV 1-05-0699-RCC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Order Staying all Briefing or Alternatively Order to Show Cause. (Doc. 81). In his motion, Plaintiff expresses concerns regarding his ability to focus on his case and to function at the level necessary for the continued prosecution of his case. Plaintiff bases these concerns on alleged misconduct of various wardens at California State Prison-Corcoran. Plaintiff asks this court to issue an order staying all briefing until Plaintiff is transferred to a different prison.

This case has been pending since 2005. At this point in time, the Court declines to issue an order which will further prolong the litigation.

Accordingly,

**IT IS ORDERED** denying Plaintiff's Motion for Order Staying all Briefing or Alternatively Order to Show Cause. (Doc. 81)

DATED this 12th day of October, 2012.

_____
Raner C. Collins
United States District Judge