IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jason Saunders, | ) | No. CV 1-05-0699-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jerry Saunders, et al., | ) | |
| Defendants. | ) | |

In its April 6, 2012 order (Doc. 66), the Court found that service was appropriate for Defendants Lt. Schottgen, Lt. Holland, C/O Thissen, Sgt. Rocha, and Marquez. The Court ordered Plaintiff to submit service packets for each of the five Defendants, and Plaintiff complied with the Court's instructions. Unfortunately, the service packets for Defendants Schottgen, Holland, Thissen, Rocha, and Marquez were misplaced, and the United States Marshals Service has been unable to effect service on these Defendants. The Court does not have addresses for these Defendants, and is therefore unable to provide the United States Marshals Service with new service packets.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff must provide addresses for Defendants Marquez, Schottgen, Rocha, Holland, and Thissen to the Clerk of Court by **November 12, 2012**.

1   **IT IS FURTHER ORDERED** that upon receipt of the addresses, the Clerk of Court shall forward to the United States Marshals Service a complete service packet for each Defendant to be served.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall comply with all other instructions for service ordered by this Court in its previous order authorizing service on Defendants Marquez, Schottgen, Rocha, Holland, and Thissen. (Doc. 66).

DATED this 12th day of October, 2012.

_____
Raner C. Collins
United States District Judge