IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders,<br><br>    Plaintiff,<br><br>vs.<br><br>Jerry Saunders, et al.,<br><br>    Defendants. | No. CV 1-05-0699-RCC<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for Court Order Inquiring on Status of Service of Outstanding Defendants (Doc. 79) and Plaintiff's Motion for 90 Day Extension of Discovery Cut-Off Date (Doc. 84).

**I.      Status of Service**

The Court has confirmed that the United States Marshals Service received service packets for all applicable Defendants. The United States Marshals Service has stated that service is still in progress, and waivers have been sent to all Defendants. However, to date there have been no waivers returned executed.

This Court first issued an order directing the United States Marshals Service to effect service on the Defendants on February 14, 2012 (Doc. 61). Subsequent orders directing service were issued by the Court on April 6, 2012 (Doc. 66) and October 12, 2012 (Doc. 83).

It is unclear to the Court why there have been no affidavits of service nor any waivers of service filed, given the length of time service has been ongoing. This delay in completing service is impeding Plaintiff's ability to prosecute his case and will also delay the motion and discovery deadlines previously set by this Court. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), and in the interests of avoiding further delay, the Court shall direct the United States Marshals Service to effect personal service on any and all Defendants for whom service waivers or affidavits have not been filed.

**II.     Extension of Discovery Deadline**

The Court previously issued its scheduling order on August 15, 2012. (Doc. 78). Pursuant to that order, the discovery cut-off date is February 11, 2013. Plaintiff requests an extension of the discovery deadline in this case due to law library officer Gonzales' alleged failure to return Plaintiff's copies of his discovery requests to him. Plaintiff requests an extension so that he may have sufficient time to re-draft his discovery requests and submit them for copying. Good cause appearing, the Court will grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Court Order Inquiring on Status of Service of Outstanding Defendants (Doc. 79)

**IT IS FURTHER ORDERED** the United States Marshals Service shall effect personal service on any and all Defendants for whom service waivers have not been returned executed or for whom affidavits of service have not been filed. The United States Marshals Service is further ordered to complete personal service by **March 8, 2013.**

**IT IS FURTHER ORDERED** the United States Marshals Service shall comply with all other instructions for service ordered by this Court in its previous orders authorizing service on the Defendants. (Docs. 61, 66).

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for 90 Day Extension of Discovery Cut-Off Date (Doc. 84). The discovery cut-off date shall be extended to May 10, 2013.

**IT IS FURTHER ORDERED** the Parties shall comply will all other instructions

1 | in the Court's Discovery and Scheduling Order (Doc. 78).

2 |       **IT IS FURTHER ORDERED** Plaintiff's Application for Extension of Time to
3 | File Notice of Submission of Documents (Doc. 64) is denied as moot.

4 |       DATED this 8th day of January, 2013.

```
                           Raner C. Collins
                           United States District Judge
```