IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Saunders,<br><br>                Plaintiff,<br><br>v.<br><br>Jerry Saunders, et al.,<br><br>                Defendants. | No. CV-05-00699-TUC-RCC<br><br>**ORDER** |

      Pending before the Court are Defendants' Motion for an Order Modifying the Scheduling Order (Doc. 102), Defendants' Motion for an Order Revoking Plaintiff's IFP Status and Dismissing Action (Doc. 96), and Plaintiff's Motion for Extension of Discovery Cut-Off Date by 90 Days (Doc. 107).

      The Court, having considered the parties' requests for extensions of time, and good cause appearing,

      **IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Discovery Cut-Off Date (Doc. 107). The discovery deadline is vacated and shall be reset by the Court upon resolution of the pending Motion to Dismiss (Doc. 96).

      **IT IS FURTHER ORDERED** granting Defendants' Motion for an Order Modifying the Scheduling Order (Doc. 102). The dispositive motion deadline is vacated and shall be reset by the Court upon resolution of the pending Motion to Dismiss (Doc. 96).

      Dated this 29th day of March, 2013.

Raner C. Collins
United States District Judge